USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

CEDRIC SIMMONS,

                        Plaintiff,

-against-

THE CITY OF NEW YORK AND THE NEW
YORK CITY POLICE DEPARTMENT, POLICE
OFFICERS JOHN, JIM, AND JOE DOE AS
POLICE OFFICERS AND INDIVIDUALS,

                        Defendant.
----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

11 Civ. 4563 (PGG)

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

ROYCE RUSSELL
Edmin & Russell, LLP
*Attorneys for plaintiff*
286 Madison Avenue, Suite 2002
New York, New York 10017

_____
Royce Russell, ESq.
*Attorney for plaintiff*

Dated: New York, New York
        Dec. 21, 2012

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York and NYPD*
100 Church Street, Rm. 3-203b
New York, New York 10007

_____
Brian J. Farrar
*Assistant Corporation Counsel*
SO ORDERED:

_____
HON. PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE